```
 1
 2
 3
 4                         UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
 5                                   AT TACOMA
```

|  |  |
|---|---|
| CHARLES DENNIS HAWKINS,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>MAGGIE MILLER-STOUT,<br><br>　　　　　　Respondent. | NO. C12-5477 BHS/KLS<br><br>ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME TO FILE ANSWER |

Before the Court is Respondent's Motion for Extension of Time to File an Answer to Petition for Writ of Habeas Corpus. ECF No. 13. Respondent's Answer is currently due on July 23, 2012. Respondent requests an extension of time until August 31, 2012 to allow counsel sufficient time to review and prepare the relevant state court record. *Id.* Petitioner filed no response to the motion. The Court finds that the request is reasonable.

Accordingly, it is **ORDERED:**

1. Respondent's motion for an extension of time (ECF No. 13) is **GRANTED.** Respondent shall file his Answer **on or before August 31, 2012.** The Answer will be treated in accordance with Local Rule CR 7. Accordingly, upon receipt of the Answer the Clerk will note the matter for consideration on the fourth Friday after the answer is filed, Petitioner may file and serve a response not later than on the Monday immediately preceding the Friday appointed for consideration of the matter, and Respondent may file and serve a reply brief not later than the Friday designated for consideration of the matter.

1   2.   The Clerk shall send copies of this Order to Petitioner and counsel for
2   Respondent.
3
4   **DATED** this 3rd  day of August, 2012.
5
6                                                                  Karen L. Strombom
7                                                                  United States Magistrate Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26