UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHARLES DENNIS HAWKINS,<br><br>        Petitioner,<br><br> v.<br><br>MAGGIE MILLER-STOUT,<br><br>        Respondent. | No. C12-5477 RJB/KLS<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER**:

 1) The Court adopts the Report and Recommendation (Dkt. 21).

 2) Plaintiff's Motion for Temporary Restraining Order (Dkt. 16) is **DENIED.**

 3) The case is re-referred to the Hon. Karen L. Strombom for further proceedings.

 4) The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. Karen L. Strombom.

**DATED** this 18th day of October 2012.

*/s/ Robert J. Bryan*
ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1